**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-44622-MXM |
| | § | |
| Sadex Corporation | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Shawn K. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:  *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $768,238.66 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $407,755.17 | | |

3) Total gross receipts of $1,175,993.83 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,175,993.83 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $78,822.80 | $78,822.80 | $78,822.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $498,986.36 | $328,932.37 | $328,932.37 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $17,566.52 | $17,566.52 | $14,117.18 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $8,385,755.04 | $3,057,473.02 | $754,121.48 |
| **Total Disbursements** | $0.00 | $9,381,355.37 | $3,482,794.71 | $1,175,993.83 |

4). This case was originally filed under chapter 11 on 11/14/2014. The case was converted to one under Chapter 7 on 02/04/2020. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2021           By:  /s/ Shawn K. Brown
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Workers comp policy unearned premium refund | 1290-000 | $1,521.75 |
| Bank funds turned over from chapter 11 case | 1290-010 | $968,041.17 |
| Operating DIP account-Great Western Bank #8734 | 1290-010 | $52,655.91 |
| Pre sale closing accounts receivables | 1290-010 | $153,775.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,175,993.83** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Shawn K. Brown, Trustee | 2100-000 | NA | $35,279.81 | $35,279.81 | $35,279.81 |
| Shawn K. Brown, Trustee | 2200-000 | NA | $149.30 | $149.30 | $149.30 |
| George Adams and Co Ins. Agency LLC | 2300-000 | NA | $2,216.00 | $2,216.00 | $2,216.00 |
| INDEPENDENT BANK | 2600-000 | NA | $4,884.56 | $4,884.56 | $4,884.56 |
| US Trustee | 2950-000 | NA | $4,875.00 | $4,875.00 | $4,875.00 |
| HBC HOLDINGS LLC | 2990-000 | NA | $1,511.13 | $1,511.13 | $1,511.13 |
| Goodrich Postnikoff & Associates, LLP, Attorney for Trustee | 3210-000 | NA | $9,200.00 | $9,200.00 | $9,200.00 |
| Law Offices of Joseph F. Postnikoff, PLLC, Attorney for Trustee | 3210-000 | NA | $11,600.00 | $11,600.00 | $11,600.00 |
| Law Offices of Joseph F. Postnikoff, PLLC, Attorney for Trustee | 3220-000 | NA | $54.30 | $54.30 | $54.30 |
| Barg & Henson CPAs, PLLC, Accountant for Trustee | 3410-000 | NA | $8,884.50 | $8,884.50 | $8,884.50 |
| Barg & Henson CPAs, PLLC, Accountant for | 3420-000 | NA | $168.20 | $168.20 | $168.20 |

| | | | | |
|---|---|---|---|---|
| Trustee | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $78,822.80 | $78,822.80 | $78,822.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Shawn K. Brown - Chapter 11 Trustee, Trustee | 6101-000 | NA | $150,000.00 | $150,000.00 | $150,000.00 |
| Goodrich Postnikoff & Associates, LLP, Attorney for Trustee/D-I-P | 6210-000 | NA | $106,350.20 | $106,350.20 | $106,350.20 |
| THE KIRKLEY LAW FIRM, LLP | 6210-600 | NA | $67,243.24 | $0.00 | $0.00 |
| Goodrich Postnikoff & Associates, LLP, Attorney for Trustee/D-I-P | 6220-000 | NA | $2,682.55 | $2,682.55 | $2,682.55 |
| Barg & Henson CPAs, PLLC, Accountant for Trustee/D-I-P | 6410-000 | NA | $29,930.00 | $29,930.00 | $29,930.00 |
| Barg & Henson CPAs, PLLC, Accountant for Trustee/D-I-P | 6420-000 | NA | $593.65 | $593.65 | $593.65 |
| Lange & Associates, P.C. | 6420-000 | NA | $102,810.75 | $0.00 | $0.00 |
| Americold Logistics LLC, Other Operating | 6950-000 | NA | $8,752.55 | $8,752.55 | $8,752.55 |
| Aventure Staffing, Other Operating | 6950-000 | NA | $451.47 | $451.47 | $451.47 |
| Basic Systems USA, Other Operating | 6950-000 | NA | $525.00 | $525.00 | $525.00 |
| Batteries Plus, Other Operating | 6950-000 | NA | $124.01 | $124.01 | $124.01 |
| City of Sioux City, Other Operating | 6950-000 | NA | $40.66 | $40.66 | $40.66 |
| FedEx, Other Operating | 6950-000 | NA | $1,042.05 | $1,042.05 | $1,042.05 |
| FiberComm, Other Operating | 6950-000 | NA | $355.84 | $355.84 | $355.84 |
| First National Bank of Omaha, Other Operating | 6950-000 | NA | $4,683.92 | $4,683.92 | $4,683.92 |
| Le Mars Public | 6950-000 | NA | $440.00 | $440.00 | $440.00 |

| | | | | | |
|---|---|---|---|---|---|
| Storage, Other Operating | | | | | |
| Lowes, Other Operating | 6950-000 | NA | $62.91 | $62.91 | $62.91 |
| Midamerican Energy Company, Other Operating | 6950-000 | NA | $5,741.42 | $5,741.42 | $5,741.42 |
| Presto-X, Other Operating | 6950-000 | NA | $115.56 | $115.56 | $115.56 |
| Short Staffed, Other Operating | 6950-000 | NA | $15,740.70 | $15,740.70 | $15,740.70 |
| Sterilization & Technologies Solutions Inc., Other Operating | 6950-000 | NA | $323.75 | $323.75 | $323.75 |
| USDA, Other Operating | 6950-000 | NA | $462.00 | $462.00 | $462.00 |
| Verizon, Other Operating | 6950-000 | NA | $115.43 | $115.43 | $115.43 |
| Waste Management, Other Operating | 6950-000 | NA | $184.70 | $184.70 | $184.70 |
| We Do Cleaning Services LLC, Other Operating | 6950-000 | NA | $214.00 | $214.00 | $214.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $498,986.36 | $328,932.37 | $328,932.37 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Harlan E. Clemmons | 5300-000 | $0.00 | $12,475.00 | $12,475.00 | $9,025.66 |
| | Iowa Department of Revenue | 5800-000 | $0.00 | $934.00 | $934.00 | $934.00 |
| | United States Treasury | 5800-000 | $0.00 | $4,115.52 | $4,115.52 | $4,115.52 |
| | United States Treasury | 5800-000 | $0.00 | $42.00 | $42.00 | $42.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17,566.52 | $17,566.52 | $14,117.18 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cloverleaf Cold Storage Co. | 7100-000 | $0.00 | $4,379,357.30 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| 2 | Harlan E. Clemmons | 7100-000 | $0.00 | $160,000.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 3 | Raytheon Company | 7100-000 | $0.00 | $1,971,596.05 | $1,971,596.05 | $518,859.89 |
| 4 | L-3 Communications Corp. | 7100-000 | $0.00 | $290,000.00 | $290,000.00 | $26,318.56 |
| 5a | Harlan E. Clemmons | 7100-000 | $0.00 | $6,952.14 | $6,952.14 | $1,323.70 |
| 7 | Richard Walsh | 7100-000 | $0.00 | $1,577,849.55 | $788,924.83 | $207,619.33 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,385,755.04 | $3,057,473.02 | $754,121.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 14-44622-MXM | | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SADEX CORPORATION | | | Date Filed (f) or Converted (c): | 02/04/2020 (c) |
| For the Period Ending: | 5/25/2021 | | | §341(a) Meeting Date: | 01/09/2015 |
| | | | | Claims Bar Date: | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Bank funds-FAB Sioux City 7005 Utilized during chapter 11 case pendency. No funds in account at conversion date. | | | | | |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Bank funds-FAB-Sioux City 5144. Utilized during chapter 11 case pendency. No funds in account at conversion date. | | | | | |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Bank of America-Fort Worth $896.50. Utilized during chapter 11 case pendency. No funds in account at conversion date. | | | | | |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Term life insurance 6850-key man-- No surrender value. Sold prior to conversion to chapter 7 per order ECF # 489 | | | | | |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Accounts receivables $100,751.84. Utilized prior to conversion to chapter 7. Retained A/R per sale order ECF# 489 | | | | | |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Office equipment, furnishings and supplies Office equip- $6,915.87 after depreciation. Software and furniture fully depreciated. Updated deprecation value of $12,771.98 in amended sked B ECF #35 Sold prior to conversion Order ECF #489 | | | | | |
| 7 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Machinery. Scheduled value $392,376 after depreciation. Updated deprecation value $904,566.79 in amended sked B ECF #35. Sold prior to conversion Order ECF #489 | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Cantey Hanger retainer $15,000. Corporate counsel. Trustee believes that law firm drew retainer prior to conversion,, although there was no Court approval of the firm's employment by the DIP. | | | | | |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Prepayments to vendors $178,381.33 Value is amended sked B Dkt# 35 All rights sold to purchaser Order ECF# 485 12/20/19 Void as not in possession of debtor on conversion. | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Retainer drawn down per orders ECF 84 and 137 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2　Exhibit 8

| Case No.: | 14-44622-MXM | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SADEX CORPORATION | Date Filed (f) or Converted (c): | 02/04/2020 (c) |
| For the Period Ending: | 5/25/2021 | §341(a) Meeting Date: | 01/09/2015 |
| | | Claims Bar Date: | 06/02/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Forshey & Prostock retainer $7,739.22--Amended sked B Dkt#35<br>Retainer drawn down per order ECF 70 5/15/15<br>Void asset-not in possession on the conversion date | | | | | |
| 12 | Class action v City of Sioux City Iowa. | Unknown | $964.46 | | $0.00 | FA |
| **Asset Notes:** | Amended sked B Dkt# 35 | | | | | |
| 13 | Operating DIP account-Great Western Bank #8734 (u) | $0.00 | Unknown | | $52,655.91 | FA |
| **Asset Notes:** | Funds from DIP account and ch11 fiduciary account transferred to ch7 fiduciary account 2/11/20. See asset #17. | | | | | |
| 14 | Tax refunds (u) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Pre sale closing accounts receivables (u) | $0.00 | $177,051.73 | | $153,775.00 | FA |
| 16 | Workers comp policy unearned premium refund (u) | $0.00 | $1,521.75 | | $1,521.75 | FA |
| 17 | Bank funds turned over from chapter 11 case (u) | $0.00 | $968,041.17 | | $968,041.17 | FA |

**TOTALS (Excluding unknown value)**　　$0.00　　$1,147,579.11　　$1,175,993.83　　**Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3   Exhibit 8

| Case No.: | 14-44622-MXM | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SADEX CORPORATION | Date Filed (f) or Converted (c): | 02/04/2020 (c) |
| For the Period Ending: | 5/25/2021 | §341(a) Meeting Date: | 01/09/2015 |
| | | Claims Bar Date: | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/12/2020   UPDATE 10.12.20-FINAL CLAIM OBJECTION SETTLEMENT IS SUBMITTED TO COURT. TRUSTEE WILL BE SUPERVISING FINAL TAX RETURN PREPARATION. FINAL REPORT TO BE SUBMITTED THEREAFTER.

ASSETS ARE SALE PROCEEDS

MAJOR ACTIVITIES: ALL ASSETS LIQUIDATED

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA-DONE

CLAIMS BAR DATE SET: 3.4.20
CLAIMS REVIEW DATE: 6.15.20
CLAIMS OBJECTIONS FILED DATE: WALSH CLAIM OBJECTED TO BY RAYTHEON
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE: TAX COMPLIANCE IS UP TO DATE. FINAL ESTATE RETURN TO BE SUBMITTED. 10.12.20
PROMPT DETERMINATION RECEIVED DATE: NONE RECEIVED. TIME HAS RUN.

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE: 2.10.21
TFR APPROVED AND FILED DATE: 2.12.21
FEE APPLICATIONS FILED DATE: 2.12.21
TFR FINAL AND CHECKS MAILED DATE: 3.18.21
ZERO BALANCE DATE: 5.18.21
TDR SENT TO UST DATE: 5.25.21
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):** 06/30/2021   **Current Projected Date Of Final Report (TFR):**   /s/ SHAWN K. BROWN

SHAWN K. BROWN

**FORM 2**

Page No.: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 14-44622-MXM | |
| Case Name: | SADEX CORPORATION | |
| Primary Taxpayer ID #: | **-***1608 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/14/2014 | |
| For Period Ending: | 5/25/2021 | |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******4622 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | $1,700,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2020 | (17) | SADEX CORPORATION | Transfer all chapter 11 funds to chapter 7 bank account. | 1290-010 | $968,041.17 | | $968,041.17 |
| 02/11/2020 | | GREAT WESTERN BANK | Debtor funds transfer | * | $29,464.70 | | $997,505.87 |
| | {15} | | Glanbia receivable included in Great Western DIP Funds  $3,775.00 | 1290-010 | | | $997,505.87 |
| | {13} | | $25,689.70 | 1290-010 | | | $997,505.87 |
| 02/13/2020 | 2001 | George Adams and Co Ins. Agency LLC | Chapter 7 bond | 2300-000 | | $1,466.00 | $996,039.87 |
| 02/17/2020 | 2002 | USDA | Order Dkt# 517 authorizing payment of pre-closing administrative expenses.  Sadex EU inspection 1/16/20. The new check replaces Check #7862 for $462 originally issued 1/21
This is to be applied to Dr. Rippke's charges on man81 40192000037 Check #7862 has been stopped.  This check is intended to replace it. | 6950-000 | | $462.00 | $995,577.87 |
| 02/17/2020 | 2003 | Basic Systems USA | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. | 6950-000 | | $525.00 | $995,052.87 |
| 02/17/2020 | 2004 | FedEx | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Acct# 3254-3848-7. Invoices | 6950-000 | | $298.15 | $994,754.72 |
| 02/17/2020 | 2005 | Le Mars Public Storage | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. | 6950-000 | | $440.00 | $994,314.72 |
| 02/17/2020 | 2006 | Matheson Trigas Inc. | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Acct 65050 Inv.21085395 | 6950-003 | | $157.50 | $994,157.22 |
| 02/17/2020 | 2007 | Short Staffed | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. | 6950-000 | | $3,382.44 | $990,774.78 |
| 02/17/2020 | 2008 | Waste Management | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Inv 6335951-2298-5 | 6950-000 | | $184.70 | $990,590.08 |
| 02/17/2020 | 2009 | Short Staffed | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. | 6950-000 | | $1,269.48 | $989,320.60 |
| 02/17/2020 | 2010 | Batteries Plus | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. | 6950-000 | | $124.01 | $989,196.59 |
| 02/17/2020 | 2011 | Midamerican Energy Company | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. | 6950-000 | | $5,726.42 | $983,470.17 |
| | | | SUBTOTALS | | $997,505.87 | $14,035.70 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-44622-MXM | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SADEX CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1608 | | Checking Acct #: | ******4622 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/14/2014 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/25/2021 | | Separate bond (if applicable): | $1,700,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/17/2020 | 2012 | Sterilization & Technologies Solutions Inc. | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Inv 20-017 | 6950-000 | | $323.75 | $983,146.42 |
| 02/17/2020 | 2013 | Verizon | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Inv. 9846748415 | 6950-000 | | $85.43 | $983,060.99 |
| 02/17/2020 | 2014 | Presto-X | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Inv. 5386947 | 6950-000 | | $115.56 | $982,945.43 |
| 02/28/2020 | 2015 | First National Bank of Omaha | Order Dkt # 517 Visa #7264 | 6950-000 | | $4,285.66 | $978,659.77 |
| 02/28/2020 | 2016 | Midamerican Energy Company | Order Dkt # 517 Stop payment fee | 6950-000 | | $15.00 | $978,644.77 |
| 02/28/2020 | 2017 | ADP | Order Dkt # 517 941 shortfall | 6950-003 | | $267.41 | $978,377.36 |
| 02/28/2020 | 2018 | City of Sioux City | Order Dkt # 517 Utilities | 6950-000 | | $40.66 | $978,336.70 |
| 02/28/2020 | 2019 | Aventure Staffing | Order Dkt # 517 | 6950-000 | | $451.47 | $977,885.23 |
| 02/28/2020 | 2020 | FiberComm | Order Dkt # 517 | 6950-000 | | $355.84 | $977,529.39 |
| 02/28/2020 | 2021 | We Do Cleaning Services LLC | Order Dkt # 517 | 6950-000 | | $214.00 | $977,315.39 |
| 02/28/2020 | 2022 | Lowes | Order Dkt # 517 | 6950-000 | | $62.91 | $977,252.48 |
| 02/28/2020 | 2023 | Americold Logistics LLC | Order Dkt 3 517--electric | 6950-000 | | $4,389.81 | $972,862.67 |
| 02/28/2020 | 2024 | Short Staffed | Order Dkt # 517 | 6950-000 | | $6,096.06 | $966,766.61 |
| 02/28/2020 | 2025 | FedEx | Order Dkt #517 | 6950-000 | | $743.90 | $966,022.71 |
| 02/28/2020 | 2026 | Verizon | Order Dkt# 517 return fee | 6950-000 | | $30.00 | $965,992.71 |
| 03/02/2020 | 2006 | STOP PAYMENT: Matheson Trigas Inc. | Order Dkt# 517 authorizing payment of pre-closing administrative expenses. Acct 65050 Inv.21085395 | 6950-004 | | ($157.50) | $966,150.21 |
| 03/06/2020 | 2027 | Americold Logistics LLC | Order Dkt 3 517--electric | 6950-000 | | $4,362.74 | $961,787.47 |
| 03/06/2020 | 2028 | Short Staffed | Order Dkt # 517-Invoices 14750 and 14874 | 6950-000 | | $4,992.72 | $956,794.75 |
| 03/06/2020 | 2029 | First National Bank of Omaha | Order Dkt # 517 Visa #7264 | 6950-000 | | $398.26 | $956,396.49 |
| 03/13/2020 | 2017 | STOP PAYMENT: ADP | Order Dkt # 517 941 shortfall | 6950-004 | | ($267.41) | $956,663.90 |
| 03/16/2020 | | INDEPENDENT BANK | Stop payment fee-mistakenly charged. Reversed by bank. | 2600-000 | | $30.00 | $956,633.90 |

| | | | | SUBTOTALS | $0.00 | $26,836.27 | |

FORM 2 — Page No: 3 — Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-44622-MXM | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SADEX CORPORATION | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1608 | Checking Acct #: | ******4622 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/14/2014 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/25/2021 | Separate bond (if applicable): | $1,700,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2020 | | SADEX CORPORATION | Transfer Great Western Bank funds | * | $150,000.00 | | $1,106,633.90 |
| | {15} | | Total wire minus $951 balance after 2/10/20 wire    $149,049.00 | 1290-010 | | | $1,106,633.90 |
| | {15} | | Balance of funds in account after 2/10/20 wire transfer    $951.00 | 1290-010 | | | $1,106,633.90 |
| 03/24/2020 | 2030 | Barg & Henson CPAs, PLLC | Order Dkt # 537 ch11 fee | 6410-000 | | $29,930.00 | $1,076,703.90 |
| 03/24/2020 | 2031 | Barg & Henson CPAs, PLLC | Order Dkt # 537 ch11 | 6420-000 | | $593.65 | $1,076,110.25 |
| 03/24/2020 | 2032 | Goodrich Postnikoff & Associates, LLP | Order Dkt # 536 ch11 fee | 6210-000 | | $106,350.20 | $969,760.05 |
| 03/24/2020 | 2033 | Goodrich Postnikoff & Associates, LLP | Order Dkt # 536 ch 11 expense | 6220-000 | | $2,682.55 | $967,077.50 |
| 03/24/2020 | 2034 | Shawn K. Brown - Chapter 11 Trustee | Order Dkt # 535 ch 11 trustee commission | 6101-000 | | $150,000.00 | $817,077.50 |
| 04/09/2020 | 2035 | US Trustee | Q1 2020 Period 1/1/20-2/4/20 conversion. | 2950-000 | | $4,875.00 | $812,202.50 |
| 04/13/2020 | | INDEPENDENT BANK | To be reversed. | 2600-000 | | ($30.00) | $812,232.50 |
| 05/20/2020 | (13) | SADEX CORPORATION | Transfer bank funds from Great Western Bank to close account. | 1290-010 | $26,966.21 | | $839,198.71 |
| 05/23/2020 | (16) | NATIONWIDE | Workers comp policy unearned premium refund | 1290-000 | $1,521.75 | | $840,720.46 |
| 07/28/2020 | 2036 | HBC HOLDINGS LLC | Final pre closing true up payment. Order Dkt # 517 | 2990-000 | | $1,511.13 | $839,209.33 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,223.81 | $837,985.52 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,222.03 | $836,763.49 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,220.25 | $835,543.24 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1,218.47 | $834,324.77 |
| 12/08/2020 | 2037 | Barg & Henson CPAs, PLLC | Final fee ECF 566 | 3410-000 | | $8,884.50 | $825,440.27 |
| 12/08/2020 | 2038 | Barg & Henson CPAs, PLLC | Final expenses ECF 566 | 3420-000 | | $168.20 | $825,272.07 |
| 12/08/2020 | 2039 | Goodrich Postnikoff & Associates, LLP | Final fee ECF 567 | 3210-000 | | $9,200.00 | $816,072.07 |
| 12/08/2020 | 2040 | Law Offices of Joseph F. Postnikoff, PLLC | Final fee ECF 568 | 3210-000 | | $11,600.00 | $804,472.07 |
| 12/08/2020 | 2041 | Law Offices of Joseph F. Postnikoff, PLLC | Final expenses ECF 568 | 3220-000 | | $54.30 | $804,417.77 |
| 02/10/2021 | 2042 | George Adams and Co Ins. Agency LLC | Bond renewal 6 months | 2300-000 | | $750.00 | $803,667.77 |
| 03/18/2021 | | INTERNAL REVENUE SERVICE | First and final distribution re: Claim #: ;  Dividend: 0.42; Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 5800-000 | | $3,449.34 | $800,218.43 |
| | | | SUBTOTALS | | $178,487.96 | $334,903.43 | |

**FORM 2**

Page No: 4　　Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-44622-MXM | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SADEX CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1608 | | Checking Acct #: | ******4622 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/14/2014 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/25/2021 | | Separate bond (if applicable): | $1,700,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/18/2021 | | INTERNAL REVENUE SERVICE | First and final distribution re: Claim #: ;　Dividend: 0.12; Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 5800-000 | | $996.34 | $799,222.09 |
| 03/18/2021 | | INTERNAL REVENUE SERVICE | First and final distribution re: Claim #: ;　Dividend: 0.06; Distribution Dividend: 26.32; Account Number: ; Claim #: ; | 5800-000 | | $505.88 | $798,716.21 |
| 03/18/2021 | | INTERNAL REVENUE SERVICE | First and final distribution re: Claim #: ;　Dividend: 0.01; Distribution Dividend: 26.32; Account Number: ; Claim #: ; | 5800-000 | | $139.96 | $798,576.25 |
| 03/18/2021 | 2043 | Shawn K. Brown | Trustee Compensation | 2100-000 | | $35,279.81 | $763,296.44 |
| 03/18/2021 | 2044 | Shawn K. Brown | Trustee Expenses | 2200-000 | | $149.30 | $763,147.14 |
| 03/18/2021 | 2045 | Raytheon Company | First and final distribution re: Claim #: 3;　Dividend: 64.56; Distribution Dividend: 26.32; Account Number: ; Claim #: 3; | 7100-000 | | $518,859.89 | $244,287.25 |
| 03/18/2021 | 2046 | L-3 Communications Corp. | First and final distribution re: Claim #: 4;　Dividend: 3.27; Distribution Dividend: 100.00; Account Number: ; Claim #: 4; | 7100-000 | | $26,318.56 | $217,968.69 |
| 03/18/2021 | 2047 | Harlan E. Clemmons | First and final distribution re: Claim #: 5;　Dividend: 1.12; Distribution Dividend: 100.00; Account Number: ; Claim #: 5; | 5300-000 | | $9,025.66 | $208,943.03 |
| 03/18/2021 | 2048 | Harlan E. Clemmons | First and final distribution re: Claim #: 5;　Dividend: 0.16; Distribution Dividend: 26.32; Account Number: ; Claim #: 5; | 7100-000 | | $1,323.70 | $207,619.33 |
| 03/18/2021 | 2049 | Richard Walsh | First and final distribution re: Claim #: 7;　Dividend: 25.83; Distribution Dividend: 26.32; Account Number: ; Claim #: 7; | 7100-000 | | $207,619.33 | $0.00 |
| 04/19/2021 | | INTERNAL REVENUE SERVICE | Reversing IRS bank debit entry so a check can be written | 5800-000 | | ($139.96) | $139.96 |
| 04/19/2021 | | INTERNAL REVENUE SERVICE | Reversing IRS bank debit entry so a check can be written | 5800-000 | | ($505.88) | $645.84 |
| 04/19/2021 | | INTERNAL REVENUE SERVICE | Reversing IRS bank debit entry so a check can be written | 5800-000 | | ($996.34) | $1,642.18 |
| 04/19/2021 | | INTERNAL REVENUE SERVICE | Reversing IRS bank debit entry so a check can be written | 5800-000 | | ($3,449.34) | $5,091.52 |
| | | | **SUBTOTALS** | | $0.00 | $795,126.91 | |

FORM 2
Page No: 5
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-44622-MXM | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SADEX CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1608 | | Checking Acct #: | ******4622 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/14/2014 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/25/2021 | | Separate bond (if applicable): | $1,700,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/19/2021 | 2050 | United States Treasury | 20-2911608 Form 941 1st Quarter 2021 | 5800-000 | | $4,115.52 | $976.00 |
| 04/19/2021 | 2051 | United States Treasury | 20-2911608 Form 940 1st Quarter 2021 | 5800-000 | | $42.00 | $934.00 |
| 04/19/2021 | 2052 | Iowa Department of Revenue | 20-2911608 | 5800-000 | | $934.00 | $0.00 |
| | | | TOTALS: | | $1,175,993.83 | $1,175,993.83 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,175,993.83 | $1,175,993.83 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,175,993.83 | $1,175,993.83 | |

| For the period of 11/14/2014 to 5/25/2021 | | For the entire history of the account between 02/06/2020 to 5/25/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,175,993.83 | Total Compensable Receipts: | $1,175,993.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,175,993.83 | Total Comp/Non Comp Receipts: | $1,175,993.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,175,993.83 | Total Compensable Disbursements: | $1,175,993.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,175,993.83 | Total Comp/Non Comp Disbursements: | $1,175,993.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 6     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-44622-MXM | |
| **Case Name:** | SADEX CORPORATION | |
| **Primary Taxpayer ID #:** | **-***1608 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/14/2014 | |
| **For Period Ending:** | 5/25/2021 | |

| | | |
|---|---|---|
| **Trustee Name:** | Shawn K. Brown | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******4622 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $300,000.00 | |
| **Separate bond (if applicable):** | $1,700,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,175,993.83 | $1,175,993.83 | $0.00 |

**For the period of 11/14/2014 to 5/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,175,993.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,175,993.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,175,993.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,175,993.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/04/2020 to 5/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,175,993.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,175,993.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,175,993.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,175,993.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN